UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ALFONSO V. SENIOR, JR.,<br><br>                    Petitioner,<br><br>    v.<br><br>WASHINGTON STATE ATTORNEY GENERAL, et al.,<br><br>                    Respondent. | Case No. C22-01537-RAJ-SKV<br><br>REPORT AND RECOMMENDATION |

Plaintiff, Alfonso V. Senior, Jr., proceeds *pro se* in this 28 U.S.C. § 2241 habeas action. Dkt. 1. On October 28, 2022, the Clerk of Court sent Petitioner a letter notifying Petitioner that he had failed to submit the proper application to proceed in forma pauperis (IFP). Dkt. 4. The Clerk of Court instructed Petitioner to submit the proper application to proceed IFP by November 28, 2022. *Id*. The Clerk of Court warned Petitioner that if he did not respond to the letter by November 28, 2022, the action may be subject to dismissal. *Id*.

To date, Plaintiff has not responded to the Clerk of Court's letter, has not paid the filing fee, and has not filed a proper and complete application to proceed IFP. As Plaintiff has failed to prosecute this case, the Court recommends this case be DISMISSED without prejudice.

REPORT AND RECOMMENDATION - 1

A proposed order accompanies this Report and Recommendation. Objections to this Report and Recommendation, if any, should be filed with the Clerk and served upon all parties to this suit within **twenty-one (21) days** of the date on which this Report and Recommendation is signed. Failure to file objections within the specified time may affect your right to appeal. Objections should be noted for consideration on the District Judge's motions calendar for the third Friday after they are filed. Responses to objections may be filed within **fourteen (14)** days after service of objections. If no timely objections are filed, the matter will be ready for consideration by the District Judge on **January 20, 2023**.

Dated this 23rd day of December, 2022.

S. KATE VAUGHAN
United States Magistrate Judge