UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ALFONSO V. SENIOR, JR.,<br><br>    Petitioner,<br><br>    v.<br><br>WASHINGTON STATE ATTORNEY GENERAL, et al.,<br><br>    Respondent. | Case No. C22-01537-RAJ-SKV<br><br>ORDER OF DISMISSAL |

Having reviewed the Report and Recommendation of the Honorable S. Kate Vaughan, United States Magistrate Judge, any objections or responses, and the remaining record, the Court finds and ORDERS:

(1)   The Court ADOPTS the Report and Recommendation.

(2)   The case is DISMISSED without prejudice.

(3)   The Clerk is directed to send copies of this Order to the parties and to Judge Vaughan.

Dated this 9th day of February, 2023.

*Richard A. Jones*

The Honorable Richard A. Jones
United States District Judge

ORDER OF DISMISSAL - 1